UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: September 11, 2019            Judge:  Honorable Charles R. Breyer

Court Reporter:  JoAnn Bryce
Time: 7 Minutes
Case No.: CR19-0367 CRB
Case Name:  USA v. Victor Viera-Chirinos, et al.

Attorney(s) for Government:  Ryan Rezaei
Attorney(s) for Defendant(s):  See below All defendants present except for Jorge Enrique Torres Vera.  His appearance was waived.

3:19-cr-00367-CRB-2
USA v. Victor Viera-Chirinos (CUSTODY)(Spanish) (I)
AUSA: Julie Garcia / DEF: Gregor Guy-Smith

3:19-cr-00367-CRB-3
USA v. Jorge Alberto Viera-Chirinos (CUSTODY)(Spanish)
AUSA: Julie Garcia/DEF: Ken Wine for Edwin Prather

3:19-cr-00367-CRB-4
USA v. Julio Cesar Viera-Chirinos (CUSTODY)(Spanish) (I)
AUSA: Julie Garcia / DEF: Karen McConville

3:19-cr-00367-CRB-5
USA v. Jorge Enrique Torres Vera (CUSTODY)(Spanish) – Not Present
AUSA: Ryan Rezaei/DEF: Charles Woodson

3:19-cr-00367-CRB-6
USA v. Karen Castro-Torres (CUSTODY)(Spanish) (I)
AUSA: Julie Garcia / DEF: Victoria Leigh Weatherford

3:19-cr-00367-CRB-7
USA v. Cilder Velasquez (CUSTODY)(Spanish) (I)
AUSA: Julie Garcia / DEF: Erick Guzman

3:19-cr-00367-CRB-8
USA v. Alexander Gonzalez-Vasquez (CUSTODY)
AUSA: Julie Garcia / DEF: Geoffrey Hansen

3:19-cr-00367-CRB-9
USA v. Gustavo Adolfo Gamez-Velasquez (CUSTODY)(Spanish) (I)
AUSA: Julie Garcia / DEF: Kenneth Wine

3:19-cr-00367-CRB-13
USA v. Elvin Mejia-Padilla (CUSTODY)(Spanish) (I)
AUSA: Julie Garcia / DEF: Peter Arian

3:19-cr-00367-CRB-14
USA v. Yordi Yavier Agurcia Galindo (CUSTODY)(Spanish) (I)
AUSA: Julie Garcia / DEF: Ann McGlenon

3:19-cr-00367-CRB-15
USA v. Rudis Valladeres-Caceres (CUSTODY)(Spanish) (I)
AUSA: Julie Garcia / DEF: Adam Pennella

Interpreter: Melinda Basker and Carol Rhine Medina
Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Status Conference held.  Further Status Conference set for October 16, 2019 at 1:00 p.m. The Court excludes the speedy trial act for effective preparation of counsel.  All defendants remanded to the US Marshal.